IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAZ JAMES                                                                PLAINTIFF

      v.                      Civil No. 10-5013

DEPUTY SHANCER,
Benton County Detention Center                                       DEFENDANT

**ORDER**

Plaintiff's complaint was filed in this case on January 15, 2010. The Court believes further information is needed regarding Plaintiff's claims. Accordingly, it is ordered that Plaintiff, Chaz James, complete and sign the attached addendum to his complaint, and return the same to the court **by April 27, 2010.**

**Plaintiff is advised that should he fail to return the completed and executed addendum by April 27, 2010, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 7th day of April 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAZ JAMES                                                                                           PLAINTIFF

       v.                              Civil No. 10-5013

DEPUTY SHANCER,
Benton County Detention Center                                                                       DEFENDANT

**ADDENDUM TO COMPLAINT**

TO:  CHAZ JAMES

      This form is sent to you so that you may assist the Court in making a determination as to the issue of whether your complaint should be served upon the Defendant.  Accordingly, it is required that you fill out this form and send it back to the court **by April 27, 2010**.  Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

      In your complaint, you allege you have been sexually harassed by Deputy Shancer.  You indicate the harassment occurred on December 28, 2009.

      (1). Please provide the dates of your incarceration at the Benton County Detention Center (BCDC).

      Answer:

-2-

_____

_____

  (2).  Please state the reason you are incarcerated.  For example, serving a sentence or in jail on pending criminal charges.

 Answer:

_____

_____

_____

  (3). Was December 28, 2009, the only incident in which you believe you were sexually harassed by Shancer?

 Answer:  Yes _____   No _____.

 If you answered no, please state:  (a) the dates on which he sexually harassed you; (b) how he sexually harassed you; and (c) indicate whether you submitted a grievance regarding each incident and what response you received.

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

   (4). On December 28th did you believe Shancer was going to physically harm you in anyway?

   Answer: Yes _____ No _____.

   If you answered yes, please explain in detail how and why you believed you would be physically harmed.

_____

_____

_____

_____

_____

   If you answered no, please describe in detail how you believe you were harmed by Shancer's actions on December 28th.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                            _____
                                            CHAZ JAMES

                                            _____
                                            DATE

**AO72A**
**(Rev. 8/82)**