IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAZ JAMES                                                                                          PLAINTIFF

v.                            Civil No. 10-5013

DEPUTY SHANCER,
Benton County Detention Center                                                                      DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Chaz James filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2010. His complaint was filed in forma pauperis (IFP).

On April 7, 2010, the undersigned entered an order (Doc. 5) directing James to complete, sign, and return an attached addendum to his complaint by April 27, 2010. On April 14th, the order was returned as undeliverable and resent to James at his new address.

In view of the delay in his receiving the Court's order, James was given an extension of time until May 14, 2010, to file the addendum (Doc. 8). To date, the James has failed to respond to the addendum. The Court's order has not been returned as undeliverable. James has not informed the court of any change in his address.

Under Rule 5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas, "it is the duty of any party not represented by counsel ro promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently." Clearly, James has not complied with Rule 5(c)(2). I therefore recommend James's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

**James has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. James is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of May 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE