IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAZ JAMES                                                                           PLAINTIFF

v.            Civil No. 10-5013

DEPUTY SHANCER,
Benton County Detention Center                                                       DEFENDANT

O R D E R

Now on this 14th day of June, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　  /s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE